UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------  x

UNITED STATES OF AMERICA,                          :

                                                   :

                          Plaintiff,               :

                                                   :

          v.                                       :          25-CR-00156(SFR)

                                                   :

HAZEL ET AL.,                                      :

                                                   :

                          Defendants.              :

-----------------------------------------------------------------  x

## ORDER

Defendant Jonathan Mejia is hereby ordered to appear in person for a hearing on April 27, 2026, at 10:00 AM, at the United States District Courthouse, 141 Church Street, New Haven, Connecticut.


**SO ORDERED.**


New Haven, Connecticut
March 25, 2026


                                        /s/*Sarah F. Russell*_____
                                        SARAH F. RUSSELL
                                        United States District Judge